FILED
JUN 08 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# PROOF OF SERVICE
# BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, Christopher Lee Card, declare:

I am over 18 years of age and a party to this action. I am domiciled in Correctional Training Facility (CTF), a California State Prison, in the county of Monterey. The address at this facility is P.O. Box 705, Soledad, CA 93960.

On 06/01/2026, I served the attached:

1.) Notice to Court & Clerk; 2) First Amended Complaint; 3.) Civil Cover Sheet; 4.) Summons; 5.) Exhibits A, B, C, D

On the parties herein by placing true and correct copies thereof, enclosed in an unsealed envelope, with the postage thereon fully paid, verified by, and given to prison staff, for deposit in the United States Mail provided at the above-named Correctional Institution in which I am confined. The envelope was addressed as follows:

1301 Clay Street [Suite 400 South]
Oakland, CA 94612

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 01 day of June, 2026. By: [signature].

**Prison Mailbox Rule**

Under the "Prison Mailbox Rule" a prisoner's legal document is deemed filed, for statute of limitation purposes, when he hands it over to prison authorities for mailing [*Houston* v. *Lack* (1998) 487 U.S. 266, 274; *Huizar* v. *Carey* (9th Cir. 2001) 273 F.3d 1220, 1222.] The mailbox rule applies to prisoners filing in both federal and state courts.[*Huizar*, 2783 F.3d at p. 1223.] *Silverband* v. *County of Los Angeles* (2009) 46 Cal.App. 4th 106, 119-130.

CHRISTOPHER LEE CARD (#CC4863)
CTF NORTH
P.O. Box 705
Soledad, CA 93960
IN PRO SE & INCARCERATED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4:26-cv-03555-AMO(PR)

CHRISTOPHER LEE CARD
Plaintiff,
v.
SHERIFF YESENIA SANCHEZ, et al.
Defendants.

*ALL DEFENDANTS ARE BEING SUED IN THEIR INDIVIDUAL CAPACITIES

PLAINTIFF'S FIRST AMENDED COMPLAINT & NOTICE OF PLAINTIFF'S FIRST AMENDED COMPLAINT BEING ALREADY FILED ON 4/20/2026 PRIOR TO DEFENDANTS' REMOVAL ON 4/24/2026

COMPLAINT BY A PRISONER UNDER THE RIGHTS ACT, 42 U.S.C Sec. 1983

1. INTRODUCTION

I, Christopher Lee Card, am the plaintiff in the above Matter, and I am currently incarcerated while representing myself, IN PRO SE.

(i) I have EXHAUSTED ALL ADMINISTRATIVE REMEDIES [See: Exhibits A, B, C & D]

2. NOTICE TO COURT & DEFENDANTS

Pursuant to the Mailbox Rule my 1st Amended Complaint was deemed filed on 4/20/2026, the day I gave it to the Jail Custodian [Houston v. Lack (1998) 487 U.S. 266, 274; Silverbrand v. County of Los Angeles (2009) 46 Cal. App. 4th 106, 119-130]. Thus, my FAC is the Operative Complaint at this time. Sorry for any inconvenience. [See: First Amended Complaint attached to be filed by clerk ASAP.]

1st AMENDED COMPLAINT

* ALL DEFENDANTS ARE BEING SUED IN THEIR INDIVIDUAL CAPACITIES *

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

ENDORSED FILED
ALAMEDA COUNTY
MAY 04 2026
Exec. Office/Clerk
By A. CASTANEDA

**NOTICE TO DEFENDANT:**
***(AVISO AL DEMANDADO):*** COUNTY OF ALAMEDA; SHERIFF YESENIA SANCHEZ; DEPUTY J. JONES (#2847); WELL PATH; NURSE DOE; DOCTOR DOE; DEPUTY DOE; DEPUTY GARCIA; TRUST OFFICE DOE

**YOU ARE BEING SUED BY PLAINTIFF:**
***(LO ESTÁ DEMANDANDO EL DEMANDANTE):***
CHRISTOPHER LEE CARD (#CC4863)

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* HAYWARD HALL OF JUSTICE, 24405 Amador Street, HAYward, CA 94544 [Civil Division]

CASE NUMBER: *(Número del Caso):* 26 CV 165213

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
CHRISTOPHER LEE CARD (#CC4863)
CTF NORTH; P.O. Box 705
Soledad, CA 93960
X C. Card 4/20/2026

DATE: *(Fecha)* MAY 04 2026 Chad Finke Clerk, by *(Secretario)* A. CASTANEDA, Deputy *(Adjunto)*

*(For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario* Proof of Service of Summons, *(POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☐ on behalf of *(specify)*:
   under: ☐ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
   ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*:





For your protection and privacy, please press the Clear This Form button after you have printed the form.

Print this form | Save this form | Clear this form

CM-010

ATTORNEY OR PARTY WITHOUT ATTORNEY
NAME: CHRISTOPHER LEE CARD (#CC4863)
STATE BAR NUMBER:
FIRM NAME: CTF NORTH TD
STREET ADDRESS: P.O. BOX 705
CITY: Soledad, CA STATE: CA ZIP CODE: 93960
TELEPHONE NO.: FAX NO.:
EMAIL ADDRESS:
ATTORNEY FOR (*name*): IN PRO PER

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
STREET ADDRESS: 24405 Amador Street
MAILING ADDRESS:
CITY AND ZIP CODE: Hayward; 94544
BRANCH NAME: HAYWARD HALL OF JUSTICE [Civil Division]

CASE NAME: CHRISTOPHER LEE CARD v. SHERIFF YESENIA SANCHEZ, et al.

FOR COURT USE ONLY

ENDORSED FILED ALAMEDA COUNTY
MAY 04 2026
Exec. Office/Clerk
By A. CASTANEDA

| CIVIL CASE COVER SHEET | | Complex Case Designation | CASE NUMBER: 26CV165213 |
|---|---|---|---|
| [X] Unlimited (Amount demanded exceeds $35,000) | [ ] Limited (Amount demanded is $35,000 or less) | [ ] Counter [ ] Joinder<br>Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE: Honorable Keith Fong<br>DEPT.: 517 |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Asbestos**
- [ ] Asbestos (04)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/Unfair business practice (07)
- [X] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [ ] Breach of contract/warranty (06)
- [ ] Rule 3.740 collections (09)
- [ ] Other collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Employment Development Department (EDD)**
- [ ] EDD decision review (48)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.404)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Comprehensive groundwater adjudication (47)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition *(not specified above)* (43)

MAY 04 2026



→

2. Is this case complex under rule 3.400 of the California Rules of Court? [X] Yes [ ] No

If the case is complex, mark the factors requiring exceptional judicial management:

a. [X] Large number of separately represented parties
b. [X] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
c. [X] Substantial amount of documentary evidence
d. [X] Large number of witnesses
e. [X] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):*

a. [X] monetary
b. [ ] nonmonetary; declaratory or injunctive relief
c. [X] punitive

4. Number of causes of action *(specify):* 5

5. Is this case a class action suit? [ ] Yes [X] No

6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 04/20/2026

CHRISTOPHER LEE CARD
(TYPE OR PRINT NAME)

[signature]
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**

- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 of the California Rules of Court or a complex case, this cover sheet will be used for statistical purposes only.

**INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET**

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on pages 1 and 2. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 of the California Rules of Court is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $35,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

**SEE PAGE 3 FOR INFORMATION PURPOSES ONLY.**

* ALL DEFENDANTS ARE BEING SUED IN THEIR INDIVIDUAL CAPACITIES *

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY | FOR COURT USE ONLY |
|---|---|
| NAME: CHRISTOPHER LEE CARD (#CC4863) STATE BAR NUMBER:<br>FIRM NAME: CTF NORTH<br>STREET ADDRESS: P.O. BOX 705<br>CITY: Soledad STATE: CA ZIP CODE: 93960<br>TELEPHONE NO.: FAX NO.:<br>EMAIL ADDRESS:<br>ATTORNEY FOR (name): IN PRO PER [& INCARCERATED] | ENDORSED FILED ALAMEDA COUNTY<br>MAY 04 2026<br>Exec. Office/Clerk<br>By A. CASTANEDA |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA<br>STREET ADDRESS: 24405 AMADOR Street<br>MAILING ADDRESS: SAME<br>CITY AND ZIP CODE: HAYWARD; 94544<br>BRANCH NAME: HAYWARD HALL OF JUSTICE | |
| PLAINTIFF: CHRISTOPHER LEE CARD<br>DEFENDANT: SHERIFF YESENIA SANCHEZ; COUNTY OF ALAMEDA, et al.<br>☐ DOES 1 TO ______ | |
| **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**<br>☒ **AMENDED (Number):** FIRST<br>**Type** *(check all that apply):*<br>☐ MOTOR VEHICLE ☒ OTHER *(specify):* FAILURE TO PROTECT; INVASION OF PRIVACY; 1st AMENDMENT RETALIATION; 14th AMEND. DUE PROCESS<br>☒ Property Damage ☐ Wrongful Death<br>☒ Personal Injury ☒ Other Damages *(specify):* DEFAMATION | CASE NUMBER: 26CV165213 |
| **Jurisdiction** *(check all that apply):*<br>☐ **ACTION IS A LIMITED CIVIL CASE (does not exceed $35,000)**<br>Amount demanded ☐ does not exceed $10,000 ☐ exceeds $10,000<br>☒ **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $35,000)**<br>☐ **ACTION IS RECLASSIFIED by this amended complaint**<br>☐ from limited to unlimited<br>☐ from unlimited to limited | |

1. **Plaintiff** *(name or names):* CHRISTOPHER LEE CARD
   alleges causes of action against **defendant** *(name or names):* SHERIFF YESENIA SANCHEZ; COUNTY OF ALAMEDA; DEPUTY J. JONES (#2840); DEPUTY GARCIA; DEPUTY DOE; WELLPATH; DOCTOR DOE; NURSE DOE; TRUST OFFICE DOE
2. This pleading, including attachments and exhibits, consists of the following number of pages: 20 Page Complaint; 12 Pages of Exhibits: A, B, C, D; 1 Page Summons
3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff *(name):*
      (1) ☐ a corporation qualified to do business in California.
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
         (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*
   b. ☐ except plaintiff *(name):*
      (1) ☐ a corporation qualified to do business in California.
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
         (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

4. [ ] Plaintiff *(name):*
is doing business under the fictitious name *(specify):*

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

a. [X] **except** defendant *(name):* COUNTY OF ALAMEDA
(1) [ ] a business organization, form unknown.
(2) [ ] a corporation.
(3) [ ] an unincorporated entity *(describe):*
(4) [X] a public entity *(describe):* COUNTY OF ALAMEDA
(5) [ ] other *(specify):*

b. [X] **except** defendant *(name):* WELLPATH
(1) [X] a business organization, form unknown.
(2) [ ] a corporation.
(3) [ ] an unincorporated entity *(describe):*
(4) [ ] a public entity *(describe):*
(5) [X] other *(specify):* MEDICAL PROVIDER FOR THE COUNTY OF ALAMEDA/SANTA RITA JAIL

c. [ ] **except** defendant *(name):*
(1) [ ] a business organization, form unknown.
(2) [ ] a corporation.
(3) [ ] an unincorporated entity *(describe):*
(4) [ ] a public entity *(describe):*
(5) [ ] other *(specify):*

d. [ ] **except** defendant *(name):*
(1) [ ] a business organization, form unknown.
(2) [ ] a corporation.
(3) [ ] an unincorporated entity *(describe):*
(4) [ ] a public entity *(describe):*
(5) [ ] other *(specify):*

[ ] Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.

a. [X] Doe defendants *(specify Doe numbers):* 3: Doctor Doe; Nurse Doe; Trust office Doe were the agents or employees of other named defendants and acted within the scope of that agency or employment.

b. [ ] Doe defendants *(specify Doe numbers):* are persons whose capacities are unknown to plaintiff.

7. [ ] Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because

a. [X] at least one defendant now resides in its jurisdictional area.
b. [X] the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
c. [X] injury to person or damage to personal property occurred in its jurisdictional area.
d. [ ] other *(specify):*

9. [X] Plaintiff is required to comply with a claims statute, and

a. [X] has complied with applicable claims statutes, or
b. [X] is excused from complying because *(specify):*

PLD-PI-001

| SHORT TITLE: CARD V. COUNTY OF ALAMEDA, et al. | CASE NUMBER: 26CV165213 |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):* FIVE CAUSES OF ACTION: 1.) INVASION OF PRIVACY; Art. 1, Sec. 1 of Cal. Const.
    a. ☐ Motor Vehicle
    b. ☒ General Negligence — 2.) CONDITIONS OF CONFINEMENT; 42 U.S.C., 1983
    c. ☒ Intentional Tort — 3.) 1st AMENDMENT RETALIATION; 42 U.S.C., 1983
    d. ☐ Products Liability
    e. ☐ Premises Liability — 4.) FAILURE TO PROTECT; 14th Amend.; 42 USC 1983
    f. ☒ Other *(specify):* 5.) CONVERSION

11. Plaintiff has suffered *(check all that apply)*
    a. ☒ wage loss.
    b. ☒ loss of use of property.
    c. ☐ hospital and medical expenses.
    d. ☒ general damage.
    e. ☒ property damage.
    f. ☒ loss of earning capacity.
    g. ☒ other damage *(specify):* Pain & Suffering

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.
    Yes. This has Concurrent Jurisdiction to hear 42 U.S.C. 1983 Civil Actions

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☒ compensatory damages.
       (2) ☒ punitive damages.
    b. The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
       (1) ☒ according to proof.
       (2) ☐ in the amount of: $

15. ☒ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):* 16-19; 24-28; 29-31

Date: 04/20/2026

CHRISTOPHER LEE CARD
(TYPE OR PRINT NAME)

▶ [signature]
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

STATEMENT OF FACTS

16. Being that I was a Pro Per Inmate the court appointed me a Private Investigator to assist me with the construction of my legal Defense per the 6th Amendment of the U.S. Constitution. The Said Private Investigator is Certified by The State of California, registered With the County of Alameda, and is the Sole Private Investigator Who handles ALL PRO PER Defendants at Santa Rita Jail.

17. On 07/15/2025 Alameda County Sheriff's Deputy J. Jones (#2847) arrived at my cell with LEGAL MAIL from my Private Investigator ("P.I.") regarding evidence & information related to my Criminal Trial Defense. When Dep. Jones ("D.J.") gave me my Legal Mail I realized that it had already been opened, which is against the law [See: Exhibit A]

18. After further examination of the Manilla envelope I noticed that, not only had my "Confidential Correspondence" materials been opened and tampered with, but in an attempt to "Cover-his-tracks", Dep. Jones [UnSucessfully] peeled the "Confidential/Legal Mail" Stickers off of the front of the envelope & used a black marker to "blot out" all other traces indicating the Confidentiality of the Correspondence.

19. When I Confronted Dep. Jones about the Breach of Privacy, he placed the blame on "Mailroom Doe"; but I believe that is untrue because, our Private Investigator [Mr. Walt Stannard] is registered with Santa Rita & the Mailroom, thus, they know who Mr. Stannard is & what does; they have never opened my Legal mail before. Furthermore, before Dep. Jones brought my mail, I witnessed him "perusing" some papers in his office that is in clear view from my cell [#8]; then he put the papers into a Manilla envelope. Shortly after he delivered my mail. [See: Body Camera of Deputy Jones #2847]

STATEMENT OF FACTS

20. Begining Circa Febuary/march 2025 I Started experiencing excruciating headaches Coupled with profuse nosebleeds and a Screeching/rattling Sound that appeared to be Coming from behind my nasal area & my forehead. I filed a myriad of medical requests to see a doctor but I was never Scheduled for an appointment with a Medical Doctor ("M.D."); they only arranged for me to see a "Sick-Call" LVN, who ignored my demand to See an actual M.D.; declined to Schedule me for any further treatment, then began ignoring my medical request altogether. I filed medical request on 3/8/25; 3/30/25 4/2/25; 4/14/25; 4/18/25; 5/2/25, inter alia.... Under every one of these requests I explained that I was experiencing excruciating headaches Coupled with profuse nosebleeds — and I was demanding to see a doctor [not a sick-call nurse] and get further treatment (i.e., X-rays, M.R.I., ect.); the medical staff ignored my requests, leaving me to Suffer from excruciating headache palpitations, Nosebleeds, and the Screeching/rattling noise that had a devastating effect on my Mental Health; I literally thought I was dying everyday!

21. Then, on 08/27/2025, While Speaking with the "Sick Call" nurse in the back hallway, I Confronted her about her Deliberate Indifference to my painfully-Crippling medical Condition and Caught her in a lie. I asked her, "...did you finally refer me to see an actual doctor?" She replied, "No. You didn't ask to see a doctor." "Yes, I did". I replied. She Continue, "No, you didn't ask to see a doctor." "I've been filing request Since March," I reminded her, "and everytime I explain my pain & request to see a doctor — the same way I requested yesterday." "You didn't request a doctor during our last visit." She maintained — that is, Until — I informed her that, not only

Was Deputy Chan's body Camera recording during our previous visit, Capturing me demanding to see an actual doctor but it was also recording our current exchange. At that time Nurse Doe looked down at Deputy Chan's "active body camera" — and realizing that she'd been Caught being deliberately-indifferent to my Serious medical needs, Nurse Doe attempted to reverse Course, "...Oh, I remember now," She came clean. Soon after being caught lying on Deputy Chan's body Camera, She finally actually referred me to see a Medical Doctor — roughly 7 Months later! [See: Exhibit B]

## HAMMERTOE & PLANTER FASCITIS

22. I also had another Medical Condition that the Medical Staff ignored. On my left foot I have a "Hammer Toe" that Causes Severe Pain when it rubbed against the "hard, "Unpadded" Jail-issued Sandals or Shoes Santa Rita provided; the friction of which caused "Callouses" and blisters" resulting in excruciating pain with every step I took.

23. I began Submitting Medical request Circa 2024 to no avail. In an act-of-desperation I petitioned the Court to issue an Order to Santa Rita, Well Path, et al. to provide me my own personal Shoes because the Defendants failed to provide an accommodation to prevent the pain. After receiving the Court-Order, however, the Defendants failed to honor the Order — and refused to offer an alternative relief. In fact, the only option they offered further aggravated my injury. It got to the point where I was forced to have several deputies activate their body cameras, then I took off my shoes so they record just how badly blistered my feet were. The Well Path Medical Staff refused to take any action — ignoring my medical requests, not honoring the Court's Order & leaving me in pain. [SEE: Exhibit C]

# STATEMENT OF FACTS

24 On 09/23/25, me & several inmates were being escorted to the Medical Clinic at Santa Rita Jail by Alameda County Sheriff's Deputy Garcia. We came across inmates of the Protective Custody ("P.C.") housing unit on the yard during their recreation time. Being that the several other inmates & myself were in General Population ("G.P.") weren't allowed to have any contact with inmates in Protective Custody.

25. I then informed that the P.C. unit was out for yard, saying: "...Hey, the P.C.'s are at yard..." as a heads-up because she was unaware of the security breach. Instead of telling me thank you, Deputy Garcia responded by saying: "They said you were in Protective Custody too — you snitch!" She retorted, in front of the several other inmates being escorted with me to the Medical Clinic. The entire exchange was captured on camera. [SEE: Exhibit D]

26. It should be noted that prior to Deputy Garcia's unlawful disclosure, I was savagely attacked by Deputy Garcia's partners of the Alameda County Sheriff's Department, an attack that resulted in me being subjected to Cruel & Unusual Punishment, assault & Battery; nearly having my thumb completely torn from its socket!

27. After the attack I did, in fact, have to be placed in Protective Custody due to fear of further retaliation by the deputies*. I also expressed my "want of Prosecution" against the deputies involved.

28. So — yes, I was kept in Protective Custody (due to the fear of the deputies) and; yes, I did "snitch" — on the deputies by filing grievances, reporting it to the Solitary Confinement Committee, seeking medical attention for the injuries, inter alia. Therefore, when Dep. Garcia chose to divulge such confidential information, she did so with Malicious Intent & in an Act-of-Retaliation to endanger my safety.

* Before the attack I was in General Population the entire time I was at Santa Rita Jail [6/5/23 – 7/19/2024]. But after I was attacked "by the deputies", I was placed in Protective Custody to protect me from the deputies — NOT THE INMATES.

STATEMENT OF FACTS

29. On 12/04/2025 I left Santa Rita Jail after being transferred to North Kern State Prison ("NKSP"). After arriving at NKSP, I attempted to buy canteen (i.e., Food, hygiene, Postage) but I was unable to because Santa Rita seized (illegally) my Trust Account Funds ("TAF"); they released my personal property but not my Money.

30. After being transferred to a second prison [Soledad] on 01/23/26, and still yet to have receive my TAF, I filed a grievance with the prison officials here at Soledad State Prison ("SSP"). In the said grievance I accussed the Department of Corrections ("CDCR") of illegally seizing my Monies [See: Exibit E]. CDCR then reached out to Santa Rita Jail ("SRJ") regarding the allegations under the grievance. CDCR confirmed that I did, in fact, have a balance of rougly $500.00 still in my TAF, but Santa Rita Jail was refusing to release my TAF; claiming that I had to "write a letter" and explain why I want "my money" — that's absurd! I didn't have to write a letter to add the funds to my Trust account, so what law mandates me having to write a letter to take it to prison with me? Regardless I still sent the letter circa 3/3/2026 (after I had a friend call SRJ inquiring about my TAF and they were told the same thing SSP was told). To no avail, I am still yet to receive my TAF as of today: 4/20/2026. Thus, I've been forced to take Legal Action.

31. Also, I have already filed a claim with the County of Alameda's Clerk & Board of Supervisors per the California Tort Claims Act

# LEGAL STANDARDS

32. Article 1 Section 1 of the California Constitution affords all natural persons a Constitutionally-Protected Right to Privacy [See: Art. 1 sec. 1 Cal. Const.]. Furthermore, Art. 1 sec. 1 of the Cal. Const. is Self-executing; that is, it Creates a legal and enforceable right of privacy [White v. Davis (1975) 13 Cal. 3d 757, 775].

33. Court of appeal opinions have held that a plaintiff may bring a Cause of action for Money damages for a violation of his right to privacy [Payton v. City of Santa Clara (1982) 132 Cal. App. 3d 152, 153]

A plaintiff may apply for a declaratory judgment determining whether or not a violation of the right of privacy has occurred Central Valley Chapter 7th Step Found v. Younger (1979) 95 Cal. App. 3d 212, 222, 232-234, 240].

34. The right of privacy encompasses four distinct types of invasions of four different kinds of interests: (1) Public disclosures of embarrassing private facts; (2) Publicity that places a person in a false light in the public eye; (3) Physical intrusion on a person's Solitude or Seclusion, or into a person's private affairs; (4) Appropriation of a person's name or likeness for an advantage.

35. The California Supreme Court Set forth the following 3 essential Clements for a Cause of action for invasion of the State Constitutional right of privacy: (1) A legally protected privacy interest; (2) A reasonable expectation of privacy under the Circumstances and; (3) Conduct by the defendant that amounts to a serious invasion of the protected privacy interest. [Hill v. National Collegiate Athletic Assn. (1994) 7 Cal. 4th 1, 39].

36. Title 15 Section 3144 Mandates that "[C]onfidential mail shall be opened and inspected ... in the presence of the incarcerated addresee. (Citations Omitted) (emphasis in original) [See: 15 CCR sections 3144 & 3143; also see Wolff v. McDonnell, 413 U.S. 539, 576-77 (1974); Sherman v. MacDougall, 656 F.2d 527, 528 (9th Cir. 1981)

37. Government Code Section 815.2(a) States: "A public entity is liable for injury proximately caused by an act or omission of an employee of the public entity within the scope of [their] employment if the act or omission would, apart from this section, have given rise to a cause of action against that employee or his personal representative." [See: 815.2(a) (emphasis in original) (Citations omitted); also see: Torsiello v. Oakland Unified School Dist. (Cal. App. 1st Dist. 1987) 197 Cal. App. 3d 41; (also) Rodgers v. Kemper Constr. Co. (1975) 50 Cal. App. 3d 608, 617-618]

38. Government Code Section 815.6 States: "Where a public entity is under a mandatory duty imposed by an enactment that is designed to protect against the risk of a particular kind of injury, the public entity is liable for an injury of that kind proximately caused by its failure to discharge the duty unless the public entity establishes that it exercized reasonable diligence to discharge the duty." See: G.C. 815.6; (also) Haggis v. City of Los Angeles (Cal. 2000), 22 Cal. 4th 490; (also) Gray v. State of California, 207 Cal. App. 3d 151

39. Gov. Code 815.6 Contains a three-pronged test for determining whether liability may be imposed on a public entity for failure to discharge a mandatory duty imposed by an enactment: (1) an enactment must impose a mandatory, not discretionary duty; (2) the enactment must intend to protect against the kind of risk of injuries suffered by the party asserting Sec. 815.6 as a basis for liability; and (3) breach of the mandatory duty must be a proximate cause of the injury suffered. [Thompson v. City of Lake Elsinore, 18 Cal. App. 4th 49 (1993); Coffee v. McDonnell-Douglas Corp. (1972) 8 Cal. 3d 551, 560-562

40. 1st AMENDMENT RETALIATION

The United States Supreme Court held: "As a general Matter... the First Amendment prohibits government officials from Subjecting an individual to retaliatory actions... for Speaking out." Hartman V. Moore, 547 U.S. 250, 256 (2006) ("Hartman") quoting Crawford-El v. Britton, 523 U.S. 574, 588 (1998) ("Crawford"). Furthermore, "It is Clear, moreover, that the Causation is understood to be 'but-for' Causation, without which the adverse action would not have been taken; we Say that upon a prima facie Showing of retaliatory harm, the burden Shifts to the defendant official to demonstrate that even without the impetus to retaliate he would have taken the action Complained of." [Hartman, 547 U.S. at 260 Citing Mt. Healthy City School Dist. Bd. of Educ. v. Doyle, 429 U.S. 274, 287].

41. "Within [an incarceration] Context, a Viable Claim of First Amendment retaliation entails five basic elements: (1) An assertion that a State actor took Some adverse action against an inmate (2) because of (3) that [inmate's] protected Conduct, and that Such action (4) Chilled the inmate's exercize of his First Amendment rights, and (5) the action did not reasonably advance a legitimate correctional goal" Rhodes v. Robinson, 408 F.3d 559, 567-568 (9th Cir. 2005).

42. Retaliatory Motive Can be inferred from Circumstantial evidence. [See: Hines v. Gomez, 108 F.3d 265, 267-68 (9th Cir. 1997); Bruce v. Ylst, 351 F.3d 1283, 1288-89 (9th Cir. 2003)]

43. Furthermore, whenever prison/Jail Custodians label an inmate a Snitch in front of other inmates that label endangers that inmate's Safety and Violates that inmates Right to not be Subjected to harm by employees acting under the Color of law. See: Valandingham v. Bojorquez, 866 F.2d 1135, 1138-40 (9th Cir. 1989)

44. The government has an "Obligation to provide Medical for those Whom it is punishing by incarceration", and failure to Meet Obligation Can Constitute an Eight Amendment Violation Cognizable under Sec. 1983 [Colwell v. Bannister, 763 F.3d 1060, 1066 quoting Estelle v. Gamble, 429 U.S. 97, 103-05 ("Colwell") ("Estelle")].

45. A Pretrial Detainee, however, is not protected by the Eight Amendment's Cruel and Unusual Punishment Clause because he has not been Convicted of a crime [See: Bell v. Wolfish, 441 U.S. 520, 535 & n.16 (1979)].

46. In 1986, We Concluded in Carnell [v. Grimm, 74 F.3d 977, 979 (9th Cir 1996)] that "even though pretrial detainees [sic] Claims 'arise under the due process Clause [of the Fourteenth Amendment], the [E]ight [A]mendment guarantees provide a Minimum Standard of Care for determining rights as a pretrial detainee, including rights... to medical care' [Gordon v. County Of Orange, 888 F.3d 1118, 1122 (9th Cir. 2018) ("Gordon") quoting Carnell v. Grimm, 74 F.3d 977, 979 (9th Cir. 1996) (quoting Jones v. Johnson, 781 F.2d 769, 771 (9th Cir. 1986) (emphasis in Carnell))]. Accordingly, We hold that Claims for violations of the right to adequate medical care "brought by Pretrial detainees against individual defendants Under the Fourteenth Amendment" Must be evaluated under an Objective deliberate indifference Standard. [Gordon, 888 F.3d at 1124-1125 quoting Castro v. Cnty. of Los Angeles, 833 F.3d 1060, 1070 (9th Cir. 2016) ("Castro")]. Furthermore, "a pretrial detainee need not prove those Subjective elements about the [Official's] actual awareness of the level of risk" (Castro, 833 F.3d at 1071).

47. The Elements of a pretrial detainee's Medical Care Claim against an individual defendant Under the due process Clause of the 14th Amend. are: (I) the defendant made an intentional decision with respect to the

Conditions under which the plaintiff was confined; (ii) those conditions put the plaintiff at substantial risk of suffering serious harm; (iii) the defendant did not take reasonable available measures to abate that risk, even though a reasonable official in the circumstances would have appreciated the high degree of risk involved — making the consequences of the defendant's conduct obivious; and (iv) by not taking such measures, the defendant caused the plaintiff's injuries [Gordon, 888 F.3d at 1125]. "With respect to the third element, the defendant's conduct must be objectively unreasonable, a test that will necessarily 'turn [ ] on the facts and circumstances of each particular case'." [Id. 1125 (quoting Castro, 833 F.3d at 1071 quoting Kingsley v. Hendricks, 576 U.S. 389, at 396-97) (citations omitted) (emphasis in original)].

48. Conversion is the wrongful exercise of dominion over the property of another. The elements of a conversion claim are: (1) The plaintiff's ownership or right to possession of the property; (2) the defendant's conversion by a wrongful act or disposition of property rights; and (3) damages. [See: Zaslow v. Kroenert, 29 Cal. 2d 541, 549; (also) Sheley v. Harrop, 9 Cal. App. 5th 1141, 1173 (2017); (also) Cal. Civ. Code 3336]

49. The intentional infliction of severe mental or emotional distress by willful and outrageous conduct ... constitutes an actionable tort for which the victim may recover damages [Spackman v. Good (1966) 245 Cal. App. 2d 518, 528-529]. Moreover, conduct that constitutes the tort of intentional infliction of emotional distress ("IIED") is often actionable under another theory of liability [Stoiber v. Honeychuck (1980) 101 Cal. App. 3d 903, 913-926 - ("Same conduct constituted breach of contract, nuisance, negligence, constructive eviction, and [IIED]")].

50. The elements of IIED are: (i) outrageous conduct by the defendant; (ii) the defendant's intention of causing, or reckless disregard of the probability of causing, emotional; (iii) the plaintiff's suffering severe or extreme emotional distress; and (iv) actual & proximate causation of the emotional distress by the defendant's outrageous conduct. [See: Hernandez v. General Adjustment Bureau (1988) 199 Cal. App. 3d 999, 1007; Davidson v. City of Westminster (1982) 32 Cal. 3d 197, 209

51. NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

California recognizes a right to recover damages for serious emotional distress in a negligence action [Molien v. Kaiser Found Hosps. (1980) 27 Cal. 3d 916, 930; Civil Code 1714(a); Civil Code 3333

Negligent Infliction of Emotional Distress ("NIED") refers to recovery of damages by a plaintiff who has not otherwise suffered any physical or bodily injury, for emotional distress arising from a defendant's negligent conduct Molien v. Kaiser Found Hosps. (1980) 27 Cal. 3d 916, 924-25 ("Molien")

52. 1st CAUSE OF ACTION: "INVASION OF PRIVACY;" Article 1, Sec. 1 Cal. Const.

DEFENDANT Accused: Alameda County Sheriff's Deputy J. Jones (#2847)

The Allegations Contained in Paragraphs 16-19 are hereby incorporated by reference

53. When Deputy Jones Opened my legal Mail Outside of my presence he Violated 15 CCR Section 3144; Article 1 Section 1 of the California Constitution's Right To Privacy & the 14th Amendment of the U.S. Const.

54 Being that the Contents enclosed Concerned Confidential information regarding My Trial Defense Strategy, evidence I'd Subpoenaed, evidentiary discovery, and My Medical Records.

55. Deputy Jones had no Legal Standing to open My Confidential Correspondence. In doing So, Dep. Jones Violated my Privacy Rights, and, infringed upon my 6th Amendment Rights as well. Being that I had trial Coming up in September 2025 (less than 60 days away), in an effort to protect My Trial Defense from Government intrusion I had abandon my entire Defense Strategy & Start from Scratch; I lost roughly 10,000 hours of Legal Work & Research due to Deputy Jones' blatant Breach of my Constitutionally-Protected Privacy Rights.

56 Deputy Jones' actions were both the Actual & Proximate (Legal) Cause of the injuries I Suffered, am Still Suffering, and Will Continue to suffer. Injuries Such as, but not limited to, Extreme Mental Anguish, Loss of Intellectual Property (Trial Defense Strategy); Prolonged Incarceration; Loss of Legal Fees; Fear of Future Harm (Losing Trial & retaliation for filing grievances and Claims); Inter alia.

57. 2nd CAUSE OF ACTION: "CONDITIONS OF CONFINEMENT"; 42 U.S.C. §1983; 14th Amendment

DEFENDANTS: Dr. Doe; Nurse Doe; Well Path; County of Alameda; Deputy Doe

The Allegations Contained in Paragraphs 20—23 are hereby incorporated by reference

58. By refusing to respond to my Myriad of Medical request, leaving me to grimace in pain for Months, the Defendants Violated my Civil Rights Under the 14th Amendment of the U.S. Constitution.

59. The actions of the Defendants Were in Clear Violation of U.S. Constitution because, not only did they ignore the myriad of medical requests I bombarded them With but they also failed to comply With a Court order of an Alameda County Superior Court Judge!

60. Then, to add insult to injury, Nurse Doe gets Caught on Camera Making a Mockery of My debilitating medical Condition. Indubitably, Nurse Doe's acts ammount to Deliberate Indifference under the Standard. But the blame doesn't rest on Nurse Doe alone because I sent request to all Staff members of Well Path — except Dr. Cooper, Who took Pictures Of My deformed foot then forwarded them Via email to the higher-ups Of Well Path [Doctor Doe] and Santa Rita Jail's [Deputy Doe]; to no avail, the defendants refused to honor Due Process & Equal Protection Rights.

61. At all times the Defendants Were acting Under the Color of law. By ignoring both my Myriad of medical requests & the law-binding Court-Orders to give me Suitable footwear to prevent the pain the defendants acted With Deliberate Indifference to my serious Medical Needs; resulting in me being left to suffer in excruciating pain.

62. The Defendants also ignored a Myriad of Medical Request in

Regards to the Sharp–Palpitating headaches & nosebleeds I was Was experiencing; Coupled With the novel noises (Screeching & rattling).

63. Not Only did the Pulsating headaches Cause Crippling pain, but by not being evaluated, diagnosed and prescribed Proper pain relief, I Suffered even more—Mentally, by not Knowing What was Causing the excruciating headaches & novel noises. I honestly believed I was going to die everyday; going to sleep with thoughts that I would never wake up again.

64. By ignoring the Myriad of Medical Requests I Submitted, the Defendants acted with Deliberate Indifference to my Serious Medical needs Under the Standard of Law.

65. At all times the Defendants were acting under the color of law.

66. The actions of the Defendants were the Actual cause of my injuries.

67. The actions of the Defendants were Proximate (Legal) Cause of the injuries I've suffered, am Still Suffering and Will Continue to Suffer Such as: Mistrust of Medical Personnel (i.e. Nurses, Doctors, Hospitals, ect.), Mistrust of Government officials (Deputies, Police, Jail Custodians); Worry; Fear-of-future harm; Fear of Safety; Fear of Health Detriment; Pain & Suffering; Extreme Mental Anguish; inter alia.

68. Being that the Defendants [Specifically Nurse Doe & Dr. Doe] acted with "Malicious Deliberate Indifference" to opress me with Patently preventable pain, Plaintiff is entitled to Punitive Damages.

69. 3rd CAUSE OF ACTION: 1st AMENDMENT RETALIATION; 42 U.S.C., Sec. 1983

DEFENDANT ACCUSED: Deputy Garcia

70. The Allegations in paragraphs 24-28 are hereby incorporated by reference.

71. Under the 14th Amendment of the U.S. Const. Prison/Jail Custodians have a "Duty-to-Protect" all inmates under their Custody; and ensure inmates have all Civil Rights afforded by the U.S. Constitution.

72. Within the panoply of protected rights is the Right to file grievances, petition Courts, ect. without resulting in government retaliation. Therefore, when I filed both grievances & a Civil Suit [24-cv-03211-AMO] against Deputy Garcia's partners & the County of Alameda, and Deputy Garcia retaliated by unlawfully disclosing my confidential custody information in an Act-of-Retaliation, that violated my 1st Amendment Right to petition the government for redress of grievances.

73. The actions of Deputy Garcia did not serve any penalogical purpose or correctional goal; and her actions we committed to chill my 1st amendment Right to petition the government for redress & to jeopardize my safety by telling the other inmates that I was a "Snitch" & "was in protective custody."

74. The actions of Deputy Garcia are the Actual & Proximate (Legal) Cause of the injuries I've suffered, am suffering and will continue to suffer. The injuries I've suffered are, but not limited to, Pain & Suffering; Defamation of Character; Fear-of-Safety; Fear-of-Future Harm; Extreme Mental Anguish; Mistrust of Government & Police officers & Sheriff's Deputies; inter alia. And because the Defendant acted with Malicious Intent, Plaintiff also seeks Punitive Damages; and Compensation for Legal Fees. And any other relief the Court deems Just & Proper.

75. 4th CAUSE OF ACTION: FAILURE-TO-PROTECT; 14th AMEND.; 42 U.S.C. Sec. 1983

DEFENDANT ACCUSED: Deputy Garcia

The Allegations In paragraphs 24-28 are hereby incorporated by reference

76. Under the 14th Amendment of the U.S. Const. Prison/Jail Custodians have a Duty-To-Protect Inmates Under their Custody; that duty also includes not putting an inmate's Safety in jeopardy themselves. If a Custodial official Commits an act that jeopardizes an inmate's Safety the Said Can be held liable under the 14th amend. for failure to protect.

77. The actions of the Defendant, Calling me a Snitch in front of Other inmates while telling them that I was once in Protective Custody, Without a doubt that jeopardized my Safety & well being — and Deputy Garcia Knew that her actions would put my life in danger.

78. The Defendant acted both "Knowingly" & "Willfully" in putting my life in danger; and She did so with deliberate indifference to my Constitutionally Protected Rights Under the 14th Amendment of the U.S. Constitution.

79. The actions of the Defendant were both the Actual & Proximate (Legal) Cause of the injuries I've Suffered, am Still Suffering and Will Continue to Suffer well into the future such as, but not limited to, Pain & Suffering; Defamation of Character; Fear-of-Safety & Future Harm; Extreme Mental Anguish; Mistrust of Government, police, and Sheriff's deputies; inter alia.

80. And because the Defendant acted with Malicious Intent, Plaintiff is entitled to an Award of Punitive Damages. Plaintiff also Seeks Compensation for Legal Fees; and any other relief the Court deems Just & proper.

81. 5th CAUSE OF ACTION: CONVERSION

DEFENDANTS ACCUSED: Trust office Doe ("TOD"); Yesenia Sanchez ("YS")

The Allegations in Paragraphs 29-31 are hereby incorporated by reference

82. The Defendants (TOD & YS, Collectively as "Defendants") illegally seized My Trust Account Funds ("TAF") Without my Consent. Being that I have Several lawsuits pending against the County of Alameda, Sheriff Yesenia Sanchez and Others, the Seizure of my TAF are the product of 1st Amendment Retaliation; Reprisal for the Myriad of grievances and lawsuits I've filed against the Said Defendants.

83. The retaliatory motive is evident because, Out of all the People Who Were transfered from Santa Rita Jail ("SRJ") to NKSP On 12/04/2025, I am the only one Whose TAF Were illegally seized.

84. The actions of the Defendants Violated My Due Process Rights Under the 14th Amendment of the U.S. Constitution; The 1st Amend. of the U.S. Const.; the California Constitution; Civ. Code 3336; inter alia.

85. The actions of the Defendants are both the Actual & Proximate (Legal) Cause of the injuries I've Suffered & am Still Suffering due to not having my TAF available When I arrived here at prison.

86. I was not able to purchase food, hygiene, and importantly: Postage; to Carry out the Myriad of Legal Mail[ings] required to litigate the array of Civil Actions pending across mutiple jurisdictions.

87. I am Seeking Compensatory Damages, Monetary Damages, Punitive Damages, Legal Fees; along with any other relief the Court deems proper.

Submitted With Respect, CHRISTOPHER LEE CARD X [signature] 4/20/26

## Grievance #592183701

INMATE COPY

*PLEASE RETAIN THIS COPY* NO ADDITIONAL COPIES WILL BE PROVIDED TO YOU

Profile Photo:

Audit Photo:

**Inmate Info**

**Name:** CHRISTOPHER CARD (1984-07-30)
**Booking #:** BDJ882
**Nationality:**
**Submitted Date:** 08/12/25 17:26
**Submitted Room:** S23A08/Unit 23 A
**Current Room:** S23A08/Unit 23 A
**Facility:** Santa Rita Jail Alameda, CA
**MAC ID:** 48:46:C1:23:20:F3
**Device ID:** 4846C12320F3

**Form Info**

**Category:** Others
**Form:** Inmate Grievance - Single Level

**Grievance Info**

**Status:** CLOSED **by** Redacted Staff Name
**Facility Deadline:** 08/27/25 23:59
**Grievance Level:** 1
**Inmate can reply:** No

**Summary:**

MAILROOM ISSUES

**Details:**

**This form is not monitored for emergencies. For urgent assistance, please contact a staff member.:**

**Date Grievance Occurred:**
*Include month, day, and year.*
7/15/2025

**Grievance Details:**
*Be specific... (Names, dates, location, etc.)*
On 07/15/2025 Deputy J.Jones (#2847) came to serve me Legal Mail at my cell in Housing Unit 23, circa 5:00--7:00 pm. Upon arrival I notice that my "CONFIDENTIAL MAIL" had already been opened outside of my presence; which is an INFRINGEMENT of the 1st, 4th & 14th Amendments of the UNTIED STATES CONSTITUTION---as well as a VIOLATION of 15 CCR 3144, AND 15 CCR 3141 as well

**Did you speak to a housing unit staff member?:**
*Name of Staff Member*
Yes

**Is this ADA related:**
No

**Is this PREA related?:**
No

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| **08/13/25 09:23** | **Redacted Staff Name** | **Staff Response** | **Your grievance has been assigned Tracking #25-2046 and is now under investigation. You will receive a response after a thorough investigation has been conducted. Additionally, a paper copy of this grievance submission will be delivered to you. It is important to remember this account is not monitored 24 hours, 7 days a week and all emergent issues need to be brought to the attention of the housing unit staff. For any medical/mental health emergencies or matters regarding your safety, notify a housing unit staff member immediately.** |
| 08/13/25 09:23 | Redacted Staff Name | Changed Status | From 'Open' to 'Closed' |
| 08/12/25 17:31 | CHRISTOPHER CARD | Viewed Staff Response | |

AUG 1 3 2025

# Grievance #570278921

INMATE COPY

Profile Photo:



Audit Photo:



**Inmate Info**

**Name:** CHRISTOPHER CARD (1984-07-30)
**Booking #:** BDJ882
**Nationality:**
**Submitted Date:** 06/10/25 17:52
**Submitted Room:** S23A08/23 East
**Current Room:** S23A08/Unit 23 East
**Facility:** Santa Rita Jail Alameda, CA
**MAC ID:** 48:46:C1:23:20:F3
**Device ID:** 4846C12320F3

***PLEASE RETAIN THIS COPY***
NO ADDITIONAL COPIES WILL BE PROVIDED TO YOU

**Form Info**

**Category:** Others
**Form:** Inmate Grievance - Single Level

**Grievance Info**

**Status:** CLOSED **by** Redacted Staff Name
**Facility Deadline:** 06/25/25 23:59
**Grievance Level:** 1
**Inmate can reply:** No

Summary:

ATTN: MAIL ROOM

Details:

**This form is not monitored for emergencies. For urgent assistance, please contact a staff member.:**

**Date Grievance Occurred:**
*Include month, day, and year.*
May/June 2025--Ongoing....

**Grievance Details:**
*Be specific... (Names, dates, location, etc.)*
On 5/19/2025 & 5/23/2025 My Legal Assistant mailed Two Large Manilla Envelopes from the Post Office located at: 6650 Fair Oaks blvd; Carmichael California; 95608.

As of today (6/10/25) I am still yet to receive either of the Manilla envelopes. The postage paid was $10.56 & $8.40, respectively.

Be advised that I am a Pro Per Inmate (Representing Myself), thus, I am in dire need of the contents in both envelopes! I've confirmed with the Post Office that they did, in fact, already arrive here. Can you please check your department for my mail.
Thank You!

Submitted With Respect,
-Christopher Card

Being that I am

**Did you speak to a housing unit staff member?:**
*Name of Staff Member*

**Grievance #592656021**

# INMATE COPY

*PLEASE RETAIN THIS COPY*
NO ADDITIONAL COPIES WILL BE PROVIDED TO YOU

**Profile Photo:**



**Audit Photo:**



**Inmate Info**

**Name:** CHRISTOPHER CARD (1984-07-30)
**Booking #:** BDJ882
**Nationality:**
**Submitted Date:** 08/13/25 19:47
**Submitted Room:** S23A08/Unit 23 A
**Current Room:** S23A08/Unit 23 A
**Facility:** Santa Rita Jail Alameda, CA
**MAC ID:** 48:46:C1:23:20:F3
**Device ID:** 4846C12320F3

**Form Info**

**Category:** Others
**Form:** Inmate Grievance - Single Level

**Grievance Info**

**Status:** CLOSED **by** Redacted Staff Name
**Facility Deadline:** 08/28/25 23:59
**Grievance Level:** 1
**Inmate can reply:** No

**Summary:**

ATTN: MAILROOM

**Details:**

**This form is not monitored for emergencies. For urgent assistance, please contact a staff member.:**

**Date Grievance Occurred:**
*Include month, day, and year.*
August 5th, 2025 [circa]

**Grievance Details:**
*Be specific... (Names, dates, location, etc.)*
On 8/5/2025 I had three Manila Envelopes delivered but the mailroom rejected my Legal Mail.
I only found out after the post office contacted the sender. In other words, I never received a "pink-slip" informing me of the rejection & the reason for doing so.
Being that I am a Pro Per Inmate, I need my mail in support of my trial defense.
This is a violation of my Due Process Rights

**Did you speak to a housing unit staff member?:**
*Name of Staff Member*
Deputy White

**Is this ADA related:**
No

**Is this PREA related?:**
No

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| **08/15/25 07:34** | **Redacted Staff Name** | **Staff Response** | **Your grievance has been assigned Tracking #25-2063 and is now under investigation. You will receive a response after a thorough investigation has been conducted. Additionally, a paper copy of this grievance submission will be delivered to you. It is important to remember this account is not monitored 24 hours, 7 days a week and all emergent issues need to be brought to the attention of the housing unit staff. For any medical/mental health emergencies or matters regarding your safety, notify a housing unit staff member immediately.** |
| 08/15/25 07:34 | Redacted Staff Name | Changed Status | From 'Open' to 'Closed' |
| **08/13/25 19:47** | **CHRISTOPHER CARD** | **Submitted New** | **ATTN: MAILROOM** |

AUG 1 5 2025

INMATE COPY

## Grievance #580152031

*PLEASE RETAIN THIS COPY*
NO ADDITIONAL COPIES WILL BE PROVIDED TO YOU

Profile Photo:



Audit Photo:



**Inmate Info**

**Name:** CHRISTOPHER CARD (1984-07-30)
**Booking #:** BDJ882
**Nationality:**
**Submitted Date:** 07/09/25 17:15
**Submitted Room:** S23A08/23 East
**Current Room:** S23A08/23 East
**Facility:** Santa Rita Jail Alameda, CA
**MAC ID:** 48:46:C1:23:20:F3
**Device ID:** 4846C12320F3

**Form Info**

**Category:** Others
**Form:** Inmate Grievance - Single Level

**Grievance Info**

**Status:** CLOSED **by** Redacted Staff Name
**Facility Deadline:** 07/24/25 23:59
**Grievance Level:** 1
**Inmate can reply:** No

**Summary:**

ATTN: MAILROOM

**Details:**

**This form is not monitored for emergencies. For urgent assistance, please contact a staff member.:**

**Date Grievance Occurred:**
*Include month, day, and year.*
12/02/2024...UNTIL PRESENT DAY....

**Grievance Details:**
*Be specific... (Names, dates, location, etc.)*
I WOULD LIKE COPIES OF ALL MY INCOMING LEGAL MAIL "BEFORE" I SIGN IT & "AFTERWARDS" WITH MY SIGNATURE ON IT.

I AM REQUESTING THIS BECAUSE I HAVE PAPERS THAT SEVERAL COURTS SENT ME MONTHS AGO THAT HAVE YET TO ARRIVE! I CONTACTED BOTH THE COURT CLERKS & MY PRIVATE INVESTIGATOR WALT STANNARD AND CONFIRMED THAT I HAVE MULTIPLE MAILINGS MISSING; MAIL THAT'S BEEN TRACKED VIA POSTAL TRACKING NUMBERS TO HAVE ARRIVED AT THIS FACILITY---BUT I'M YET TO RECEIVE.

I ALSO MAILED SEVERAL FILINGS TO THE COURT THAT HAVE NOT ARRIVED. THEREFORE, I WANT COPIES OF ALL OF THE LEGAL MAIL I HAVE MAILED OUT AS WELL.

SORRY FOR ANY INCONVENIENCE BUT I AM A PRO PER INMATE AND PURSUANT TO:

REGULATION CODES: 15 CCR 3141; 15 CCR 3142; and 15 CCR 1343
Bounds V. Smith (1977) 430 U.S. 817, 821, 97 S. Ct. 1491, 52 L. Ed. 2d 72
The 1st Amendment of the United States Constitution and;
The 14th Amendment of the United States Constitution and;
PENAL CODE 2601 (d); et seq.
I have a Constitutional Right to have Mail & Access to THE COURT. BUT IF I AM BEING DEPRIVED OF THE RIGHT, NOT ONLY IS IT A CONSTITUTIONAL INFRINGEMENT---BUT A FEDERAL OFFENSE AS WELL.

**Did you speak to a housing unit staff member?:**
*Name of Staff Member*
Yes, Deputy Deleon .

**Is this ADA related:**
No

**Is this PREA related?:**
No

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| **07/10/25 08:27** | **Redacted Staff Name** | **Staff Response** | **Your e-grievance has been assigned Tracking #25-1742 and is now under investigation. You will receive a response after a thorough investigation has been conducted. Additionally, a paper copy of this grievance submission will be delivered to you.** |
| 07/10/25 08:27 | Redacted Staff Name | Changed Status | From 'Open' to 'Closed' |
| 07/09/25 17:16 | CHRISTOPHER CARD | Viewed Staff Response | |
| 07/09/25 17:15 | CHRISTOPHER CARD | Submitted New | ATTN: MAILROOM |

JUL 10 2025

Inmate Copy

ALAMEDA COUNTY SHERIFF'S OFFICE

YESENIA SANCHEZ
SHERIFF-CORONER

*PLEASE RETAIN THIS COPY*
NO ADDITIONAL COPIES WILL BE PROVIDED TO YOU

## RESPONSE TO INMATE GRIEVANCE

| | |
|---|---|
| Inmate Name: CARD, CHRISTOPHER LEE | PFN: BDJ882 |
| Housing Unit: 23 A 08 | Tracking #: 25-2046 |

These findings are based on a review of your grievance received on **August 13, 2025**. In your grievance, you made the following claim.

- Your legal mail was opened.

**RESPONSE**: The Grievance Unit has reviewed and investigated your claim thoroughly and provided an explanation of its findings below.

A member of the Grievance Unit contacted you regarding your concern. You stated your letter from your court-appointed private investigator was opened.

The Grievance Unit reached out to the Mailroom regarding your concern. According to Inmate Rules, your letter did not indicate that the sender was from a state or federal court, a member of the State Bar, a public official, or the Board of State and Community Corrections (BSCC); therefore, it was initially determined not to be legal mail. However, at the time the Mailroom staff was not aware that correspondence with court-appointed private investigators qualified as legal mail.

The Grievance Unit then contacted Reentry and Support Services and confirmed that Walt Stannard is your court-appointed private investigator. The Mailroom has since been informed of your court-ordered legal mail status.

If you have questions or concerns regarding your mail, please submit a paper inmate message request to the Mailroom.

Your grievance is **AFFIRMED.**

| Inmate Name: CARD, CHRISTOPHER LEE | PFN: BDJ882 |
|---|---|
| HU: 23 A 08 | Tracking #: 25-2046 |

## Grievance Unit Initial Investigation & Recommendations

Investigating Grievance Unit Member: E. Yuen, Deputy

Recommendation of Finding: Affirmed — Date: 08/26/2025

Grievance Extension Issued: [x] Yes – Date: 08/26/202 [ ] No

Grievance Unit Supervisor: J. Chavez, Sergeant JC

Recommendation of Finding: AFFIRMED — Date: 08/28/25

## Service to Inmate

Agency Member Serving: Deputy E. Yuen #2114 — Date/Time: SEP 0 9 2025 748

Inmate Signature: — Date: 9/9/25

Do you wish to appeal? [ ] Yes [x] No – Inmate Initials C. [ ] Refuse to Answer

Reason for appeal:

## Additional Service Attempt Tracking

Agency Member Attempting Service: Deputy J. Buenrostro #1448 — Date/Time: AUG 2 8 2025 / 700

Reason for Unsuccessful Service: Covid + 100M [illegible]

Agency Member Attempting Service: — Date/Time:

Reason for Unsuccessful Service:

## Appeals

Appeal Officer (Watch Commander):

Recommendation of Finding: — Date:

Reason for Finding (This field must be completed):

## Final Finding

Commanding Officer: Lt. J. Lucha #1754 for Captain J. Evans

Final Finding: AFFIRMED — Date: SEP 1 5 2025

Comments: FORWARDED TO APPROPRIATE SUPERVISOR FOR CORRECTIVE ACTION.

Administrative Use

Findings (Consult 16.03 D&C P&P for associated definitions and additional administrative findings):

1] Affirmed. 2] Partially Affirmed. 3] Unfounded. 4] Denied. 5] Closed - Information Provided. 6] Resolved. 7] Withdrawn. 8] Resubmit.

"EXHIBIT B"

# Grievance #553480891

INMATE COPY

**Profile Photo:**



**Audit Photo:**



**Inmate Info**

**Name:** CHRISTOPHER CARD (1984-07-30)
**Booking #:** BDJ882
**Nationality:**
**Submitted Date:** 04/21/25 15:17
**Submitted Room:** S23A08/23 East
**Current Room:** S23A08/Unit 23 East
**Facility:** Santa Rita Jail Alameda, CA
**MAC ID:** 48:46:C1:23:20:F3
**Device ID:** 4846C12320F3

***PLEASE RETAIN THIS COPY***
**NO ADDITIONAL COPIES WILL BE PROVIDED TO YOU**

**Form Info**

**Category:** Others
**Form:** Inmate Grievance - Single Level

**Grievance Info**

**Status:** CLOSED **by** Redacted Staff Name
**Facility Deadline:** 05/06/25 23:59
**Grievance Level:** 1
**Inmate can reply:** No

**Summary:**

*Medical Malpractice* & *CRUEL & UNUSUAL PUNISHMENT*NEED TO SEE DOCTOR ASAP!!!!

**Details:**

**This form is not monitored for emergencies. For urgent assistance, please contact a staff member.:**

**Date Grievance Occurred:**
*Include month, day, and year.*
Ongoing.......

**Grievance Details:**
*Be specific... (Names, dates, location, etc.)*
I am waking up with nosebleeds, a screeching sound in my head that happens while I sleep--BUT IT STOPS WHEN I WAKE UP!?!? I SOUNDS LIKE A MIX BETWEEN A DRILL & A SCREECHING CHALKBOARD-TYPE-SOUND!?!? I'M ALSO EXPERIENCING PARALYSIS IN MY LEFT LEG COUPLED WITH A PINCHING PAIN THAT SHOOTS UP AND DOWN MY RIGHT SIDE! IVE BEEN TRYING TO DEAL WITH IT BY EXERCISING and A SLIGHT JOG--- BUT THAT'S NOT HELPING! ALSO, PLEASE SEND ME SIDE EFFECTS OF ALL MY MEDS ASAP!!!!

UPDATE: I RECENTLY SPOKE WITH A NURSE BUT I STILL HAVEN'T BEEN TAKEN FOR AN M.R.I. OR HAD ANY BLOOD WORK DONE--- AND THE PROBLEM IS GETTING WORSE! I'M NOW IN CONSTANT PAIN!!! AND THE NOSEBLEEDS ARE BECOMING MORE PROFUSE!

PLEASE HELP ME!!!

P.s. send me a PAPER COPY of this Grievance as well; THANK YOU!

**Did you speak to a housing unit staff member?:**
*Name of Staff Member*
Yes, an RN

## Grievance #554280841

INMATE COPY

Profile Photo:



Audit Photo:



**Inmate Info**

**Name:** CHRISTOPHER CARD (1984-07-30)
**Booking #:** BDJ882
**Nationality:**
**Submitted Date:** 04/23/25 16:40
**Submitted Room:** S23A08/23 East
**Current Room:** S23A08/Unit 23 East
**Facility:** Santa Rita Jail Alameda, CA
**MAC ID:** 48:46:C1:23:20:F3
**Device ID:** 4846C12320F3

*PLEASE RETAIN THIS COPY* NO ADDITIONAL COPIES WILL BE PROVIDED TO YOU

**Form Info**

**Category:** Others
**Form:** Inmate Grievance - Single Level

**Grievance Info**

**Status:** CLOSED **by** Redacted Staff Name
**Facility Deadline:** 05/08/25 23:59
**Grievance Level:** 1
**Inmate can reply:** No

Summary:

*CORRECTION* Amended To Grievance:#553480891

Details:

**This form is not monitored for emergencies. For urgent assistance, please contact a staff member.:**

**Date Grievance Occurred:**
*Include month, day, and year.*
Ongoing......

**Grievance Details:**
*Be specific... (Names, dates, location, etc.)*
*CORRECTION* In order to ensure that my regards are not misconstrued, I want to clarify a few things:

1.) When I awake in the night, BEFORE I move, I can hear the SCREECHNG sound but once I move---It Stops!!!

2.) But whenever I lay still & on my side (and ONLY ON MY SIDE), it continues again!!! But whenever I move it stops---abruptly!

3.) I sounds like a mix better SCREECHNG/ DRILLING/ AND A TWEEKING RADIO FREQUENCY! (Strangest thing I've EVER experienced!)

*PLEASE FORWARD THIS TO WELLPATH AS WELL*

THANKS-A-THOUSAND!

-Christopher Card

**Did you speak to a housing unit staff member?:**
*Name of Staff Member*

EXHIBIT "H"

INMATE COPY

## Grievance #567889441

*PLEASE RETAIN THIS COPY* NO ADDITIONAL COPIES WILL BE PROVIDED TO YOU

*PLEASE RETAIN THIS COPY* NO ADDITIONAL COPIES WILL BE PROVIDED TO YOU

Profile Photo:

Audit Photo:

**Inmate Info**

Name: CHRISTOPHER CARD (1984-07-30)
**Booking #:** BDJ882
**Nationality:**
**Submitted Date:** 06/03/25 18:11
**Submitted Room:** S23A08/23 East
**Current Room:** S23A08/23 East
**Facility:** Santa Rita Jail Alameda, CA
**MAC ID:** 48:46:C1:23:20:F3
**Device ID:** 4846C12320F3

**Form Info**

Category: Others
Form: Inmate Grievance - Single Level

**Grievance Info**

Status: CLOSED **by** Redacted Staff Name
**Facility Deadline:** 06/18/25 23:59
**Grievance Level:** 1
**Inmate can reply:** No

Summary:

ATTN: WELL PATH

Details:

**This form is not monitored for emergencies. For urgent assistance, please contact a staff member.:**

**Date Grievance Occurred:**
*Include month, day, and year.*
Ongoing.........

**Grievance Details:**
*Be specific... (Names, dates, location, etc.)*
Months ago, I received a COURT ORDER regarding issues with my feet. Being that I have PLANTER WARTS & A HAMMER TOE that causes EXCRUCIATING PAIN when I walk, stand, ect., the Court Ordered me to be allowed my real shoes because the other options have--and are still--making the situation worse--AND EVEN MORE PAINFUL! Can you please schedule me to see the doctor again ASAP!!! I'm in a lot of pain---DAILY! PLEASE HELP ME! The Bob Barker Shoes are !making the matter worse. Thank You!

**Did you speak to a housing unit staff member?:**
*Name of Staff Member*
Name of Staff Member

**Is this ADA related:**
Yes

**Is this PREA related?:**
No

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| **06/05/25 09:28** | **Redacted Staff Name** | **Staff Response** | **Your e-grievance has been assigned Tracking #25-1371 and is now under investigation. You will receive a response after a thorough investigation has been conducted. Additionally, a paper copy of this grievance submission will be delivered to you.** |
| 06/05/25 09:28 | Redacted Staff Name | Changed Status | From 'Open' to 'Closed' |
| **06/03/25 18:11** | **CHRISTOPHER CARD** | **Submitted New** | **ATTN: WELL PATH** |

JUN 05 2025

## Grievance #603873321

**INMATE COPY**

Profile Photo:



Audit Photo:



**Inmate Info**

Name: CHRISTOPHER CARD (1984-07-30)
Booking #: BDJ882
Nationality:
Submitted Date: 09/15/25 21:27
Submitted Room: S23A08/Unit 23 East
Current Room: S23A08/Unit 23 East
Facility: Santa Rita Jail Alameda, CA
MAC ID: 40:D9:5A:48:CE:E4
Device ID: 40D95A48CEE4

*PLEASE RETAIN THIS COPY*
NO ADDITIONAL COPIES WILL
BE PROVIDED TO YOU

**Form Info**

Category: Others
Form: Inmate Grievance - Single Level

**Grievance Info**

Status: CLOSED **by** Redacted Staff Name
Facility Deadline: 09/30/25 23:59
Grievance Level: 1
Inmate can reply: No

Summary:

Intentional Infliction Of Emotional Distress & Negligent Infliction Of Emotional Distress

Details:

**It is important to remember this account is not monitored 24 hours, 7 days a week and all emergent issues need to be brought to the attention of the housing unit staff. For any medical/mental health emergencies or matters regarding your safety, notify a housing unit staff member immediately.:**

**Date Grievance Occurred:**
*Include month, day, and year.*
Ongoing...

**Grievance Details:**
*Be specific... (Names, dates, location, etc.)*
On 08/27/2025 I had an issue with a medical staff member whom has been refusing to schedule me with an ACTUAL DOCTOR; This has been ongoing ever since I began suffering nosebleeds and EXTREME HEADACHES & AND SCREECHING/RATTLING/BUZZING NOISES IN MY HEAD WHILE I LAY IN BED AT NIGHT. THIS BEGAN CIRCA FEBRUARY 2025

THE RECORD WILL REFLECT I WAS NEVER SCHEDULED TO SEE A DOCTOR.
On 08/27/2025 I had an issue with a medical staff member whom has been refusing to schedule me with an ACTUAL DOCTOR; This has been ongoing ever since I began suffering nosebleeds and EXTREME HEADACHES & AND SCREECHING/RATTLING/BUZZING NOISES IN MY HEAD WHILE I LAY IN BED AT NIGHT. THIS BEGAN CIRCA FEBRUARY 2025

THE RECORD WILL REFLECT I WAS NEVER SCHEDULED TO SEE A DOCTOR.

IT WASN'T UNTIL I DELIBERATELY RECORDED HER ON DEPUTY CHAN'S BODY CAMERA ON 08/27/2025 DID SHE FINALLY COME CLEAN--BUT ONLY AFTER I INFORMED HER THAT SHE WAS BEING RECORDED; BUT BEFORE THAT SHE TRIED TO DENY THAT I HAD BEEN REQUESTING TO SEE A DOCTOR---"SINCE FEB/MAR OF 2025"!

BUT SHE IS NOT THE ONLY NURSE WHO HAS DELIBERATELY DENIED ME ADEQUATE MEDICAL CARE; THERE ARE OTHERS. [SEE: 2025 SICK CALL REQUESTS]

I AM GETTING THIS ON THE RECORD BECAUSE THERE IS A BELIEF THAT IVE BEEN REFUSING MY MEDICAL APPOINTMENTS; THAT IS UNTRUE.
I WAS REFUSING THOSE SPECIFIC NURSES BECAUSE IT WAS A WASTE OF TIME! THEY DELIBERATELY WATCHED ME SUFFER FOR MONTHS!!!

THE OTHER DAYS I MISSED WAS BECAUSE I WAS IN SCHOOL, COLLEGE COURSES, CHABOT

**Did you speak to a housing unit staff member?:**
*Name of Staff Member*
Yes, Deputy Chan. He did all he could to help.

**Is this ADA related:**
No

**Is this PREA related?:**
No

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| **09/16/25 13:15** | **Redacted Staff Name** | **Staff Response** | **Your grievance has been assigned Tracking #25-2446 and is now under investigation. You will receive a response after a thorough investigation has been conducted. Additionally, a paper copy of this grievance submission will be delivered to you.** |
| 09/16/25 13:15 | Redacted Staff Name | Changed Status | From 'Open' to 'Closed' |
| 09/15/25 21:27 | CHRISTOPHER CARD | Submitted New | Intentional Infliction Of Emotional Distress & Negligent Infliction Of Emotional Distress |

"EXHIBIT"

# CLAIM AGAINST THE COUNTY OF ALAMEDA

**PLEASE TYPE OR PRINT**

Please complete the form, retain one (1) copy for your records.
**Return the signed original:**
Clerk, Board of Supervisors Office,
Administration Building, 1221 Oak Street, Room 536
Oakland, CA 94612
Phone: (510) 208-4949

Please provide a copy of all attachments supporting your claim (estimates, bills, receipts, police report, etc.)

CBS CLAIM NO. 2025-364
RECEIVED
OCT 23 2025
CLERK, BOARD OF SUPERVISORS
FOR CLERK'S USE ONLY

**FOR FUTURE INFORMATION ON YOUR CLAIM PLEASE CONTACT: George Hills Company (855) 442-2357**

1. *Claimant's Name:* CARD, CHRISTOPHER L.
(Last, First, Middle Initial)

1.5 *Claimant's PFN (if applicable):* BDJ882

2. *Address:* 5325 Broder blvd. [SANTA RITA JAIL] Dublin, CA 94568 - ______
(Number, Street, City, State & Zip Code) (Phone Number)

3. *Address to which notices are to be sent, if different from1 & 2:*
*Name:* SAME
*Address:* 5325 Broder blvd. Dublin, Ca, 94568 - ______
(Number, Street, City, State & Zip Code) (Phone Number)

*4. *Total Amount of Claim:* $1,000,000

5. *Date of Accident/Loss:* Sep. 23, 2025

6. *Location of Accident/Loss:* SANTA RITA JAIL

7. *Describe How Accident/Loss Occurred:* Deputy maliciously disclosed privileged information in front of other inmates; information regarding my medical & custody status

8. *Describe Injury/Damage/Loss:* While walking to a medical appointment, I tried to be helpful and alert deputy that segregated inmates were on the yard & she said, "You were in protective custody." Although I was in the mental health/protective unit before, the deputy can't tell inmates that.

9. *Name of Public Employee(s) Causing Injury/Damage/Loss, if known:* Deputy Garcia [Female deputy], incident was captured on her body camera.

10. *Itemization of Claim* (List items totaling the amount in line #4). *(Use separate sheet for additional items.)*

| ITEM DESCRIPTION | AMOUNT | ITEM DESCRIPTION | AMOUNT |
|---|---|---|---|
| Breach-of-Privacy | $250,000 | Negligent infliction of Emotional Distress | $250,000 |
| Intentional infliction of emotional distress | $500,000 | | $ |
| | | *TOTAL AMOUNT OF CLAIM | $1,000,000 |

11. *Signed by or on behalf of claimant:* [signature] *Date:* 10/19/2025

**NOTICE: Section 72 of the Penal Code provides:**
*"Every person who, with intent to defraud, presents for allowance or for payment to any state board or officer, or to any county, city or district board or officer, authorized to allow or pay the same if genuine, any false or fraudulent claim, bill, account, voucher, or writing, is punishable either by imprisonment in the county jail for a period of not more than one year, by a fine of not exceeding one thousand ($1,000), or by both such imprisonment and fine; or by imprisonment in the state prison, or by a fine not exceeding ten thousand ($10,000), or by both such imprisonment and fine."*

Rev. 05.02.2022

# Claim Detail Report

**For Claim Id: 2025-000364**

**Claimant:**
CARD. CHRISTOPHER L
5325 BRODER BLVD
DUBLIN CA 94568 0000

**Home Phone:** [ ] - [ ]
**Work Phone:** [ ] - [ ]

**Agent:**

**Phone:** [ ] - [ ]
**Fax:** [ ] - [ ]

**Send Correspondence to:** ○ Agent ● Claimant

**Location of Loss:** Santa Rita Jail
**Type of Loss:** HIPAA, emotional distress
**Court Case No:**

| **Dates:** | | **Amount of:** | |
|---|---|---|---|
| **Claim Filed:** | 10/23/2025 | **Claim:** | $1,000,000.00 |
| **S/C:** | 00/00/0000 | | |
| **Loss Dates** | | **Lawsuit:** | $.00 |
| **Start:** | 09/23/2025 | | |
| **End:** | 00/00/0000 | **Settlement:** | $.00 |
| **Settlemet:** | 00/00/0000 | | |
| **Closed:** | 00/00/0000 | | |

**Claimants:**
(Primary) CARD, CHRISTOPHER L

**Distribute to:** ☐ County Counsel ☐ AIMS ☐ Risk Management ☐ Other__________

**cc:** ☐ County Counsel ☐ AIMS ☐ Risk Management ☐ Other__________

TF NORTH [T.D. 96L]
.O. Box 705
Oledad, CA 93960

ZIP 93960 $ 002.44⁰
02 7W
0006041774 JUN 02 2026

"CLERK'S OFFICE"
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 Clay St. [Suite 400 South]
Oakland, CA 94612

RECEIVED
JUN 08 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DENTIAL MAIL"

- MAIL